UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ERIC SEEBACH,

    Plaintiff,

vs.

PRODUCTION DESIGN SERVICES, INC.,

    Defendant.

Case No. 3:22-cv-350

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have resolved this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within thirty (30) days, reopen the action if resolution is not finalized.

**IT IS SO ORDERED.**

October 10, 2023

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge